**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00476-CV

### IN THE GUARDIANSHIP OF E.F.L., AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-1586-2**

## ORDER

Before the Court is appellant's October 29, 2014 fourth motion for an extension of time to file a brief. Appellant sought a fifteen-day extension to November 8, 2014. As of today's date, appellant has not filed a brief. Accordingly, we **DENY** appellant's motion as moot.

On the Court's own motion, we **ORDER** appellant to file her brief by **DECEMBER 1, 2014**. We caution appellant that if she fails to file a brief by **December 1, 2014**, the Court may dismiss her appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b).

/s/     ELIZABETH LANG-MIERS
         JUSTICE